UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :        Hon. Mary L. Cooper
                                          Crim. No. 08-122
         v.                      :
                                          <u>CONTINUANCE ORDER</u>
FREDERICK GREEN                  :

      This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Seth B. Kosto, Assistant U.S. Attorney), and defendant Frederick Green (by Joseph Rotella, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Defendant desires additional time to review the discovery he has been provided by the United States;

      2.  Defendant has consented to the aforementioned continuance; and

      3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___9th___ day of ___MAY___, 2008,

IT IS ORDERED that defense motions shall be filed by May 15, 2008, the government's reply shall by filed by May 29, 2008, the argument of motions is scheduled for June 11, 2008 at 1:00 p.m., and the trial will be scheduled for June 23, 2008 at 9:30 a.m.

IT IS FURTHER ORDERED that the matter is continued from April 17, 2008 through June 23, 2008, and that the resulting delay is excluded time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. MARY L. COOPER
United States District Judge

ASSENTED AND AGREED TO:

_____
Seth B. Kosto
Assistant United States Attorney

_____
Joseph Rotella, Esq.
Counsel for defendant Green